UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| MCNEAL BROWN,<br><br>     Plaintiff,<br><br>v.<br><br>AEROTERM MANAGEMENT, LLC *et al.*,<br><br>     Defendants. | Case No. 1:18-cv-257-RDB |

**DEFENDANT AEROTERM MANAGEMENT, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 103.3 of the Local Rules of the United States District Court for the District of Maryland and Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Aeroterm Management, LLC ("Aeroterm"), by and through its undersigned counsel, hereby discloses the following corporate affiliations and interests:

Aeroterm is a Delaware limited liability company with its principal place of business located in Maryland.  The Company is a privately held corporation.  There are no publically traded parent or affiliated entities whose disclosure is required by the Local Rules.  In addition, there are no other entities that have a financial stake in the outcome of this litigation.

Respectfully submitted,

_____/s/_____
Brooks R. Amiot (No. 12148)
Andrew Baskin (No. 19281)
Jackson Lewis P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland  21209
(410) 415-2005 – Telephone
(410) 415-2001 – Facsimile
brooks.amiot@jacksonlewis.com
andrew.baskin@jacksonlewis.com

*Attorneys for Defendants*